# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:25-cr-015 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| ALEJANDRO MUNOZ-SANCHEZ ) | |
| ) | Magistrate Judge Michael J. Dumitru |

## ORDER

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) accept Defendant's plea of guilty to Count One of the one-count Bill of Information; (2) adjudicate the Defendant guilty of the charges set forth in Count One of the Bill of Information; (3) defer a decision on whether to accept the amended plea agreement (Doc. 13) until sentencing; and (4) find Defendant shall remain in custody until sentencing in this matter (Doc. 18). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 18) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the Bill of Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Bill of Information;

3. A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **July 25, 2025 at 9:00 a.m.** before the undersigned.

   **SO ORDERED.**

                                                                          */s/Travis R. McDonough*
                                                                          **TRAVIS R. MCDONOUGH**
                                                                          **UNITED STATES DISTRICT JUDGE**

2
Case 1:25-cr-00015-TRM-MJD   Document 19   Filed 03/28/25   Page 2 of 2   PageID #: 40